```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF PUERTO RICO

ANGEL CHEVERE GONZALEZ,

     Petitioner,
                                    Civil No. 06-1084(JAF)
     v.
                                    (Cr. No. 97-271 (HL))
UNITED STATES OF AMERICA,

     Respondent.
```

**J U D G M E N T**

On the basis of the terms and conditions of an Opinion and Order subscribed by the court today, judgment is entered summarily dismissing the present 28 U.S.C. § 2255 Petition. <u>Rule 4(b) of the Rules Governing § 2255 Proceedings</u>.

San Juan, Puerto Rico, this 31st day of May, 2007.

              S/José Antonio Fusté
              JOSE ANTONIO FUSTE
              Chief U. S. District Judge